FILED

2006 SEP -5 PM 3: 55

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.A. MEDICAL SYSTEMS, INC., a California corporation,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>PHOTOMEDEX, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06cv1479-LAB (BLM)<br><br>**ORDER VACATING THE COURT'S PREVIOUS ORDER REJECTING AMENDED COMPLAINT AND ACCEPTING AMENDED COMPLAINT AS FILED** |

On August 22, 2006, the Court by discrepancy order rejected Plaintiff's submitted Amended Complaint for filing. The parties have stipulated and jointly requested that the Amended Complaint be accepted and ordered filed as of the date it was received by the Clerk's office.

It is therefore ordered that the Court's order of August 22, 2006 is vacated. Plaintiff shall

///
///
///
///
///
///
///

- 1 -

06cv1479

1  resubmit the rejected Amended Complaint forthwith for filing, and shall attach a copy of this order
2  thereto. The Amended Complaint submitted for filing on is hereby ordered filed *nunc pro tunc* to
3  August 9, 2006.

**IT IS SO ORDERED.**

DATED: 9-1-06

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

cc:   Magistrate Judge Barbara Lynn Major
      All Counsel of Record