UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RA MEDICAL SYSTEMS, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>PHOTOMEDEX, INC., a Delaware corporation, and DOES 1-25, inclusive,<br><br>            Defendants.<br>_____<br>PHOTOMEDEX, INC., a Delaware corporation,<br><br>      Counterclaim Plaintiff,<br><br>v.<br><br>RA MEDICAL SYSTEMS, INC., a California corporation, DEAN STEWART IRWIN, an individual, and ROES 1-100, inclusive,<br><br>      Counterclaim Defendants.<br>_____ | Case No. 06cv1479-LAB (BLM)<br><br>**ORDER CONVERTING EARLY NEUTRAL EVALUATION CONFERENCE TO TELEPHONIC EARLY NEUTRAL EVALUATION CONFERENCE** |

On September 21, 2006, John Leonard, counsel for Defendant, contacted this Court to request that the Early Neutral Evaluation Conference currently scheduled for October 3, 2006 at 1:30 p.m. be

continued.  In support, counsel represented that an Early Neutral Evaluation Conference would be more productive once the Court has ruled on Plaintiff's and Counterclaim Defendants' pending motion to dismiss. Doc. No. 10.

Despite the pending motion to dismiss, this Court finds it inappropriate to postpone convening an Early Neutral Evaluation Conference at this time.  See CivLR 16.1(c) (the "judicial officer shall hold [] conferences as he or she deems appropriate").  However, the Early Neutral Evaluation conference is hereby **CONVERTED** to a telephonic, attorneys-only Early Neutral Evaluation Conference.  This Court will initiate the conference call and contact counsel on **October 3, 2006** at **1:30 p.m.**  All other requirements set forth in this Court's Notice and Order Setting Early Neutral Evaluation Conference [Doc. No. 8] remain in full force and effect.

**IT IS SO ORDERED.**

DATED: September 21, 2006

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE LARRY ALAN BURNS
U.S. DISTRICT JUDGE

ALL COUNSEL